[No. 17260.  *En Banc.*  January 12, 1923.]

JOHN P. DUKE, *as Supervisor of Banking, etc., Respondent,* v. HARRY
BOLSTER *et al., Appellants.*[1]

Appeal from a judgment of the superior court for Pierce county,
Card, J., entered April 1, 1922, in favor of the plaintiff, in an action
to recover upon the superadded liability of a stockholder in an in-
solvent bank.  Affirmed.

*Gordon & Nolte* and *Richards, Fontaine & Gilbert,* for appellants.

PER CURIAM.—The issues in this case are the same as those in
*Duke v. Johnson, ante* p. 43, 211 Pac. 710, the two cases being
presented on the same briefs and arguments.  In the *Johnson* case
we decided that the action was properly brought by J. P. Duke, as
supervisor of banking, and sustained a judgment in his favor.

Upon the authority of the *Johnson case,* and for the reasons there-
in stated, the judgment in this case is affirmed.